**2009–2070.   State v. Duncan.**
Richland App. No. 2009CA028, 2009-Ohio-5668. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On November 20, 2009, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. 4.4(A)(4), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. 4.4(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. 4.4(C),

It is ordered by the court, sua sponte, that appellant show cause within 14 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. 3.6.

**2009–2298.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 08–917–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene of Industrial Energy Users–Ohio,

It is ordered by the court that the motion to intervene is granted.

# DISCIPLINARY CASES

**1990–2151.   Columbus Bar Assn. v. Herzberger.**
On January 12, 2010, respondent, Brian L. Herzberger, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order, dated March 27, 1991, in which the court suspended respondent, stayed the suspension, and placed respondent on probation for a period of two years. Upon consideration thereof,

It is ordered by this court that the probation of respondent, Brian L. Herzberger, Attorney Registration No. 0034322, last known business address in Canal Winchester, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.